700 A.2d 875

JACKSON R. ALLEGER v. MICHELLE LYNN
ALLEGER N/K/A MICHELE ZINGER.

August 21, 1997.

### ORDER

Leave to appeal is granted and the order of the Chancery Division, Family Part entered in this matter on July 29, 1997, insofar as said order denied defendant's motion for temporary custody of the parties' children pending a plenary custody hearing, is summarily reversed.

700 A.2d 875

STATE OF NEW JERSEY v. JOSEPH COX.

September 22, 1997.

### ORDER

The parties having stipulated to the dismissal of the within appeal in light of defendant's August 1997 death, and good cause appearing;

It is ORDERED that the appeal is dismissed.

700 A.2d 875

MILLVILLE HOUSING AUTHORITY v. PAULA PRICE.

September 24, 1997.

### ORDER

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.